No. 83–1519. FLORIDA v. DRAKE. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.